UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:06-CR-00066-D
5:12-CV-555-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEROME MAUREASE JONES | ) | |
| Defendant | ) | |

Upon Defense Counsel's motion, this Court ORDERS the United States Probation Office for the Eastern District of North Carolina to provide the final Presentence Investigative Report (PSR/PSI) to attorney Damon Chetson.

SO ORDERED. This **29** day of January 2016.

JAMES C. DEVER III
Chief United States District Judge