IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-66-D
No. 5:12-CV-555-D
No. 5:14-CV-294-D
No. 5:16-CV-611-D

| | |
|---|---|
| JEROME MAUREASE JONES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **ORDER** |

The court is evaluating Jerome Maurease Jones's motion under 28 U.S.C. § 2255. See [D.E. 59, 61]. The government shall obtain and file Shepard-approved documents concerning the convictions described in paragraphs 7, 12, 16, and 17 of Jones's Presentence Investigation Report.

SO ORDERED. This __l__ day of May 2017.

JAMES C. DEVER III
Chief United States District Judge