IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-66-D
No. 5:12-CV-555-D
No. 5:14-CV-294-D
No. 5:16-CV-611-D

| | |
|---|---|
| JEROME MAUREASE JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

In light of the government's submission of May 11, 2017 [D.E. 72], the government shall advise the court whether it believes Jerome Maurease Jones ("Jones") continues to qualify as an armed career criminal or whether Jones is entitled to be resentenced with a statutory maximum of 120 months' imprisonment. The government's response is due no later than June 1, 2017.

SO ORDERED. This 11 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge